**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7347**

---

VINCENT EUGENE LINEBERGER,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA; UNITED STATES
DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF
PRISONS; KATHLEEN HAWK SAWYER, Director, Fed-
eral Bureau of Prisons; STEVEN DEWALT, Warden,
Federal Correctional Institution Butner Satel-
lite Camp,

Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. James C. Fox, Senior District
Judge. (CA-00-103-5-1F)

---

Submitted: June 29, 2001          Decided: July 16, 2001

---

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Vincent Eugene Lineberger, Appellant Pro Se. Rudolf A. Renfer,
Jr., Assistant United States Attorney, Raliegh, North Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vincent Eugene Lineberger appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny as moot Lineberger's motion to transmit the record from the district court, deny his motion for appointment of counsel, and affirm on the reasoning of the district court.  <u>Lineberger v. United States</u>, No. CA-00-103-5-1F (E.D.N.C. Sept. 5, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2